IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD SCHWARTZ, et al., On Behalf of Themselves and All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>TXU CORP., et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. 3:02-CV-2243-K<br><br>(Consolidated with Nos. 3:02-CV-2248; 3:02-CV-2255; 3:02-CV-2262; 3:02-CV-2270; 3:02-CV-2279; 3:02-CV-2314; 3:02-CV-2315; 3:02-CV-2322; 3:02-CV-2328; 3:02-CV-2334; 3:02-CV-2337; 3:02-CV-2339; 3:02-CV-2343; 3:02-CV-2346; 3:02-CV-2360; 3:02-CV-2366; 3:02-CV-2416; 3:02-CV-2438; 3:02-CV-2450; 3:02-CV-2458; 3:02-CV-2471; 3:02-CV-2528; 3:02-CV-2586; 3:02-CV-2600; 3:02-CV-2689; 2739; 3:03-CV-0289; 3:03-CV-0290) |



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 15 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

## ORDER

Having considered Lead Plaintiffs' Motion for an Expedited Order Compelling NYSTRS to Produce Documents and Sit for Deposition, IT IS HEREBY ORDERED as follows:

1.    Filing its objections with the Court on May 26, 2005, the New York State Teachers' Retirement System ("NYSTRS") submitted to the jurisdiction of this Court and must comply with Lead Plaintiffs discovery demands by producing the following persons for deposition by telephone, not to exceed thirty minutes each, on or before June 21, 2005:

  a. Lucy P. Martin, Stanley Laborde, Richard F. Lindstrom, and
    Wayne Schneider

    New York State Teachers' Retirement System
    10 Corporate Woods Drive
    Albany, NY  12211

2.    NYSTRS must also deliver to Lead Plaintiffs no later than June 20, 2005, the following categories of documents:

(a)    All objections by the New York State Teachers' Retirement System to requests for attorneys fees in connection with any securities class action since January 1, 1996.

(b)    Documentation that reflects the amount and value of all TXU securities held by the New York State Teachers Retirement System during the period of the lawsuit through June 15, 2005.

All other relief not expressly granted is **DENIED**.

**SO ORDERED**.
Signed June 15, 2005.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE